United States District Court
Southern District of Texas
**ENTERED**
July 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JACQUELINE CORTEZ BURLINGAME, ET AL., § § § | |
| Plaintiffs. § § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-00183 |
| § | |
| GALVESTON COUNTY, ET AL., § § | |
| Defendants. § | |

## **FINAL JUDGMENT**

Pursuant to the court's order adopting the Magistrate Judge's memorandum and recommendation, it is ORDERED that this matter is DISMISSED.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide copies of this judgment to the parties.

SIGNED on Galveston Island on the 16th day of July, 2020

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE